UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Eugene Heighton

v.

Civil No. 11-cv-170-JL

Wells Fargo, N.A.

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

January 23, 2012

cc: Peter S. Wright, Jr., Esq.
    Brian L. Michaelis, Esq.
    David M. Bizar, Esq.